STATE v. MATHIS

No. 48P83.

Case below: 60 N.C. App. 439.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 January 1983.

STATE v. MELVIN

No. 47P83.

Case below: 60 N.C. App. 439.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 February 1983.

STATE v. OVERTON

No. 713P82.

Case below: 60 N.C. App. 1.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 February 1983. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 8 February 1983.

STATE v. PARKER & BEST

No. 677P82.

Case below: 59 N.C. App. 362.

Petition by defendants for discretionary review under G.S. 7A-31 denied 8 February 1983. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 8 February 1983.

STATE v. POLK

No. 683P82.

Case below: 59 N.C. App. 557.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 January 1983.